UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20757-CR-SCOLA(s)
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(2)(B)(ii)
18 U.S.C. § 1001(a)(2)
8 U.S.C. § 1326(a)
18 U.S.C. § 982(a)(6)

FILED by _____ D.C.

NOV 06 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA

vs.

ANDY PUJOL-MARRERO,
MIGUEL ULISES MARTINEZ,
ROBSON JOSE ERNESTO GONCALVES, and
IVONTE DA PAIXAO CUTRIM SERRA,

    **Defendants.**
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as on or about September 2, 2015, the exact date being unknown to the Grand Jury, and continuing through on or about September 11, 2015, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida being the district to which a joint offender was first brought, the defendants,

**ANDY PUJOL-MARRERO,
MIGUEL ULISES MARTINEZ,
and
ROBSON JOSE ERNESTO GONCALVES,**

did knowingly and willfully conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to encourage

and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## COUNTS 2-3

On or about September 11, 2015, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

**ANDY PUJOL-MARRERO,**
**and**
**MIGUEL ULISES MARTINEZ,**

did knowingly encourage and induce an alien, as set forth in Counts 2 and 3 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| **Count** | **Alien** |
|-----------|-----------|
| 2 | J.L.S.S. |
| 3 | M.D.S.R. |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II), and Title 18, United States Code, Section 2.

## COUNTS 4-5

On or about September 11, 2015, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

**ANDY PUJOL-MARRERO,**
**and**

2

**MIGUEL ULISES MARTINEZ,**

did knowingly bring, and attempt to bring, an alien, as set forth in Counts 4 and 5 below, to the United States for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which might later be taken with respect to such alien:

| Count | Alien |
|---|---|
| 4 | J.L.S.S. |
| 5 | M.D.S.R. |

In violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

## COUNT 6

On or about September 11, 2015, in Broward County, in the Southern District of Florida, in a matter within the jurisdiction of the United States Department of Homeland Security, an agency of the executive branch of the Government of the United States, the defendant,

**MIGUEL ULISES MARTINEZ,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact, in that the defendant represented to an agent of Immigration and Customs Enforcement, Homeland Security Investigations, that J.L.S.S. and M.D.S.R., both minor children and nationals of Brazil, had stayed with him at his house two weeks prior to September 11, 2015, and several times since, when in truth and in fact, and as the defendant then and there well knew, J.L.S.S. and M.D.S.R. had not stayed with him at his house two weeks prior to September 11, 2015, and several times since, in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 7

On or about September 11, 2015, in Broward County, in the Southern District of Florida, the defendant,

**ROBSON JOSE ERNESTO GONCALVES,**

an alien, having previously been removed and deported from the United States on or about October 9, 2009, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## COUNT 8

On or about September 11, 2015, in Broward County, in the Southern District of Florida, the defendant,

**IVONETE DA PAIXAO CUTRIM SERRA,**

an alien, having previously been removed and deported from the United States on or about January 15, 2012, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **ANDY PUJOL-MARRERO, MIGUEL ULISES MARTINEZ, and ROBSON JOSE ERNESTO GONCALVES,** have an interest.

2. Upon conviction of a violation of Title 8, United States Code, Section 1324, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

   a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

   b. any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

   c. any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

3. The property subject to forfeiture includes, but is not limited to, the following: $23,980 in U.S. currency seized on or about September 11, 2015.

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JEREMY F. MCCALL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 15-20757-cr-SCOLA(s) |
|---|---|
| vs. | |
| ANDY PUJOL-MARRERO, et. al., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendants.** | **Superseding Case Information:** |

**Court Division**: (Select One)

New Defendant(s)    Yes _____    No _X_
Number of New Defendants
Total number of counts    _8_

_X_ Miami    ____ Key West
____ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _Yes_
   List language and/or dialect    _Portuguese and Spanish_

4. This case will take    _3-5_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    _X_
   II    6 to 10 days    ____
   III    11 to 20 days    ____
   IV    21 to 60 days    ____
   V    61 days and over    ____

   (Check only one)
   Petty    ____
   Minor    ____
   Misdem.    ____
   Felony    _X_

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _Scola_    Case No. _15-20757-CR-SCOLA_
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _15-3211-MJ-Simonton_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _September 14, 2015_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _x_ No

                                                                                                _/s/ Jeremy T. McCall_
                                                                              JEREMY T. McCALL
                                                                              SPECIAL ASSISTANT UNITED STATES ATTORNEY
                                                                               Court ID No. A5502100

*Penalty Sheet(s) attached                                                                                             REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   ANDY PUJOL-MARRERO

**Case No:** 15-20757-CR-SCOLA(s)

Count #: 1

Conspiracy to Encourage and Induce an Alien to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(I)

**\*Max. Penalty:**   10 Years' Imprisonment

Counts #: 2 and 3

Encourage and Induce an Alien to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(I)

**\*Max. Penalty:**   5 Years' Imprisonment

Counts #: 4 and 5

Bringing an Alien into the United States for the Purpose of Private Financial Gain

Title 8, United States Code, Section 1324(a)(2)(B)(ii)

**\*Max. Penalty:**   10 Years' Imprisonment (Minimum 3 Years' Imprisonment)

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MIGUEL ULISES MARTINEZ

**Case No:** 15-20757-CR-SCOLA(s)

Count #: 1

Conspiracy to Encourage and Induce an Alien to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(I)

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 2 and 3

Encouraging and Inducing an Alien to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv)

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 4 and 5

Bringing an Alien into the United States for the Purpose of Private Financial Gain

Title 8, United States Code, Section 1324(a)(2)(B)(ii)

**\*Max. Penalty:** 10 Years' Imprisonment (Minimum 3 Years' Imprisonment)

Count #: 6

False Statement

Title 18, United States Code, Section 1001(a)(2)

**\*Max. Penalty:** 5 Years' Imprisonment

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  ROBSON JOSE ERNESTO GONCALVES

Case No: 15-20757-CR-SCOLA(s)

Count #: 1

Conspiracy to Encourage and Induce an Alien to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(I)

*Max. Penalty:  10 Years' Imprisonment

Count #: 7

Re-entry of Removed Alien

Title 8, United States Code, Section 1326(a)

*Max. Penalty:  2 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** IVONETE DA PAIXAO CUTRIM SERRA

**Case No:** 15-20757-CR-SCOLA(s)

Count #: 8

Re-entry of Removed Alien

Title 8, United States Code, Section 1326(a)

**\*Max. Penalty:** 2 Years' Imprisonment

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**